CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
OCT 21 2005
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| JOHN R. WILLIAMS, | ) | CASE NO. 4:05CV00013 |
| Plaintiff | ) | |
| v. | ) | O R D E R |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | By: B. Waugh Crigler<br>U. S. Magistrate Judge |
| Defendant | ) | |

For the reasons set forth in the court's Memorandum Opinion of even date, it is

O R D E R E D

that this case hereby is REMANDED to the Commissioner for further proceedings. In the event the Commissioner is unable to grant benefits on the current record, she forthwith is to recommit the case to a Law Judge for further evidentiary proceedings at the final level of the sequential evaluation in which both sides may introduce additional evidence concerning the nature, extent and duration of any limitations on plaintiff's ability to perform sedentary work, and in which all such limitations may be considered by a vocational expert in determining the availability of jobs for a person with such limitations.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ _____
Magistrate Judge

10-21-05
Date