CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR - 8 2007

JOHN F. CORCORAN, CLERK
BY: /s/ 
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JOHN R. WILLIAMS, <br><br> Plaintiff <br><br> v. <br><br> LINDA S. McMAHON, <br> Acting Commissioner of Social Security, <br><br> Defendant | Case No. 4:05cv00013 <br><br> **ORDER** <br><br> By: Jackson L. Kiser <br> Senior United States District Judge |

This action is before this Court on the petition of John R. Williams ("Plaintiff") for an award of attorneys' fees under the provisions of 42 U.S.C. § 406(b). Defendant Linda S. McMahon, Acting Commissioner of Social Security ("Commissioner") has noted her consent to payment of said fees. On January 24, 2007, Magistrate Judge B. Waugh Crigler signed a Report and Recommendation that advised me to award the attorney's fees Plaintiff requested. Neither party has filed a timely objection to that report.

Therefore, I will **ADOPT** the Report and Recommendation. Counsel for Plaintiff is hereby **AWARDED** attorneys' fees in the amount of $1,930.00. The Commissioner is directed to withhold this amount from the Plaintiff's award and to transmit the funds to Plaintiff's attorney.

The Clerk is directed to send a certified copy of this order to all counsel of record and to Magistrate Judge B. Waugh Crigler.

ENTERED this 8th day of ~~February,~~ March 2007.

*[Signature]*
Senior United States District Judge